(No. 75-CC-629— )

Barco Video, Claimant, *vs.* State of Illinois, Capital
Development Board, Respondent.

*Opinion filed March 31, 1975.*

Barco Video, Claimant, pro se.

William J. Scott, Attorney General; William E.
Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 75-CC-670— )

Radio Shack, Claimant, *vs.* State of Illinois, Department
of Law Enforcement, Respondent.

*Opinion filed March 31, 1975.*

Radio Shack, Claimant, pro se.

William J. Scott, Attorney General; William E.
Webber, Assistant Attorney General, for Respondent.

Per Curiam.